IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0636

FILE[

MAY 26 2020

Bowen Greenwo
Clerk of Supreme
State of Mont

IN THE MATTER OF:

V.A.L. and J.D.L.,

ORDER

Youths in Need of Care.

---

The State of Montana has moved to dismiss Father's appeal in this matter and has further filed a "Notice to the Court" regarding the pending *Anders* motion in Mother's appeal.

On March 30, 2020, this Court issued an Order advising Father, via counsel, that his Opening Brief was overdue in this matter. The Order provided that the brief was due no later than April 29, 2020.

Father, via counsel, filed and served the Opening Brief on April 30, 2020. On that same day, the State filed the present motion to dismiss, arguing that this Court should dismiss Father's appeal because the brief was not filed by April 29.

M. R. App. P. 16(1) provides in part that counsel shall note in a motion that opposing counsel has been contacted concerning the motion and whether opposing counsel objects to the motion. The Rule advises, "Failure to include this statement may result in denial of the motion." The State has failed to abide by the Rule in the present instance. Moreover, this Court has already accepted and filed Father's Opening Brief.

The State further offers a "Notice to the Court" that an *Anders* motion and brief has been filed in Mother's appeal in this matter. The Appellate Rules do not provide for such filing, nor is such filing necessary. We further note that the State's filing goes beyond mere "notice," but further offers argument as to why the *Anders* motions should be granted. Such argument is improper and will not be considered.

THEREFORE,

IT IS ORDERED that the motion to dismiss is DENIED.

IT IS FURTHER ORDERED that the argument the State offers within the "Notice to Court" SHALL NOT BE CONSIDERED.

DATED this 26th day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices